**Order entered February 13, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01101-CV

### IN THE INTEREST OF K.M.A AND O.A., CHILDREN

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-50666-2014**

## ORDER

Before the Court is appellant Samandar Abdi's February 9, 2017 third pro se motion to extend time to file appellant's brief. Appellant's motion is **GRANTED** to the extent that appellant's brief shall be filed by **MARCH 17, 2017**. We expressly caution appellant that failure to file a brief on or before March 17, 2017 may result in the dismissal of this appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/      CRAIG STODDART
JUSTICE